

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

No. 22-cr-20505

Hon. Laurie Michelson

Amiaya Bryant,

    Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Amiaya Bryant, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Up to 25 years' imprisonment and/or a $250,000 fine.

Count 2:    Not less than 10 years' imprisonment consecutive to any other sentence and up to life imprisonment, and/or a $250,000 fine.

    I have been informed and understand that I may be subject to an increased maximum sentence, an increased mandatory minimum sentence, and an increased maximum fine, pursuant to 18 U.S.C. § 924(c)(1)(C), based upon: my prior convictions, if any, and/or counts of conviction in this case.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

X /s/ *[signature]*
_____
Amiaya Bryant
Defendant


### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*Margaret Sind Raben*
_____
Counsel for Defendant Amiaya Bryant

Dated: 11-28-22